IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAGDALENA OROZCO,

    Plaintiff,                      No. 2: 12-cv-2585 KJM CKD

    vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.                 ORDER

_____/

        Defendant has filed an <u>ex parte</u> application to vacate plaintiff's motion to compel, currently calendared for hearing on May 1, 2013. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Opposition, if any, to the <u>ex parte</u> application shall be filed no later than April 23, 2013.

        2. The matter will thereafter stand submitted.

Dated: April 19, 2013

                                    _____
                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

4 orozco.exp

1