IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAGDALENA OROZCO,

        Plaintiff,                      No. 2: 12-cv-2585 KJM CKD

   vs.

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.                  ORDER

_____/

        Defendant has filed an <u>ex parte</u> application to vacate plaintiff's motion to compel, currently calendared for hearing on May 1, 2013. Upon review of the pending motion for summary judgment and in light of the April 12, 2013 order of the District Judge, it appears that a temporary stay of discovery is warranted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant's <u>ex parte</u> application (ECF No. 38) is granted;

        2. The May 1, 2013 hearing on plaintiff's motion to compel (ECF No. 24) is

////

////

////

////

1

1  vacated. The motion to compel is denied without prejudice to its renewal after resolution of the
2  motion for summary judgment.
3  Dated: April 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7  4 orozco.stay