IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

MAGDALENA OROZCO,

        Plaintiff,                        No. 2:12-cv-02585-KJM-CKD

   vs.

MIDLAND CREDIT MANAGEMENT INC.,

        Defendant.                     <u>ORDER</u>

_____/

        On July 29, 2013, the court upon good cause amended the scheduling order in the instant case to grant plaintiff leave to amend her complaint. (ECF 53.) The court did not, however, extend the scheduling order deadline for discovery, which was July 30, 2013. The court now orders, based upon the same good cause finding explained in its July 29, 2013 decision, that the discovery deadline in this case is extended until October 20, 2013. Additionally, the court makes the following changes to the balance of the schedule in this case:

    1.    Dispositive motions must be heard by November 22, 2013;

    2.    The joint pretrial statement is due on January 13, 2014;

    3.    The final pretrial conference is set for February 20, 2014 at 3:30 p.m.;

1

1      4.    A bench trial is set for April 7, 2014; and

2      5.    Trial briefs are due by March 21, 2014.

3      IT IS SO ORDERED.

4 DATED: August 19, 2013.

_____
UNITED STATES DISTRICT JUDGE